# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jessica Woodin, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state the following:

1. I have been employed by the ATF since December 2013. I am currently assigned to a joint task force comprised of ATF agents and detectives from the Baltimore Police Department (BPD). I also am assigned to the Federal Bureau of Investigation's (FBI) Joint Terrorism Task Force (JTTF) for the State of Maryland as a collateral duty and have been so assigned since April 2021. I have participated in numerous investigations into illegal firearms trafficking, possession of firearms by prohibited individuals, and the distribution of controlled dangerous substances ("CDS"). While conducting and participating in these investigations, I have prepared and executed multiple federal and state search warrants resulting in the seizure of narcotics, contraband, firearms, and the proceeds and assets of illicit activities. I have conducted covert surveillance of suspected CDS and firearms traffickers, interviewed individuals involved in gangs and the CDS trafficking trade, and participated in Title III wiretap investigations as a monitor and member of surveillance teams.

2. The facts and information contained in this affidavit are based upon my personal knowledge of the investigation, as well as the observations of other law enforcement officers involved in the investigation. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of the reports, documents, and other physical evidence obtained during the course of this investigation.

3. This affidavit is made in support of a complaint charging Brandon JACKSON with willfully transporting a firearm in interstate commerce while under indictment for a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(n).

1

Details of the Investigation:

4.   On March 24, 2022, Maryland State Police (MSP) were dispatched to the Hagerstown Speedway, located at 15112 National Pike, Hagerstown, Maryland for the report of a vehicle blocking the entrance/exit to the Speedway. Upon arrival, MSP were approached by an individual later identified as Brandon Glen JACKSON by his Arizona driver's license, who voiced his frustrations with certain members of the "Freedom Convoy" protest that had been staying at the Speedway for the past few weeks.

5.   JACKSON stated that he was unhappy with security members that were removing certain convoy members from the Speedway. In an attempt to satisfy all parties, MSP asked JACKSON if he could sleep elsewhere for the evening until there was an opportunity to speak with the head of the convoy regarding access back into the Speedway. JACKSON explained he was not interested in leaving due to the face that he had belongings still inside the Speedway. Upon being asked what belongings he could not retrieve tomorrow, JACKSON stated that he had firearms back at his campsite.

6.   MSP asked JACKSON if he had any firearms on his person to which he answered in the affirmative, explaining that the firearm was a 9mm weapon. When asked if he was carrying the firearm legally in the state of Maryland, JACKSON replied he did not possess a Maryland carry permit.

7.   Other members of MSP asked JACKSON about his statements regarding carrying a firearm as they shined a flashlight at JACKSON's waist and revealed an abnormal bulge in JACKSON's jeans consistent with the indentation of a concealed firearm. JACKSON refused to answer any further questions from MSP regarding his prior statements. MSP informed JACKSON of the precedent set by *Terry v. Ohio* and the fact that a law enforcement officer with

probable cause regarding an individual being armed has the right to detain and search that individual.  JACKSON refused to comply with MSP requests and was detained.  A brief search of JACKSON's person yielded a loaded Smith and Wesson M&P Shield 9mm pistol bearing serial number: JHM2064, from a leather holster against JACKSON's right thigh.  At that time, JACKSON was arrested by MSP and transported to the Washington County Detention Center.

8. After JACKSON's arrest and transport, MSP was provided with information that JACKSON had a white 2020 Honda Civic bearing Arizona registration: "RAT3D R" parked on the shoulder of the highway, in the area of the Hagerstown Speedway.  When MSP found the vehicle, it had been moved out of the roadway and into a grassy area near the entrance of the Speedway, still running but unattended.  An individual later identified as Jeffrey Reinhard approached MSP and advised them that he and another unidentified individual had moved the vehicle out of the roadway.  He confirmed that they were not the registered owners of the vehicle, could not make a deposition of the vehicle, and no one had removed nor put anything into the vehicle.

9. MSP ordered JACKSON's vehicle towed from the Hagerstown Speedway due to his arrest and being trespassed from the location.  JACKSON's vehicle was towed to Reliable Towing & Recovery LLC, 719 Forest Drive, Hagerstown, Maryland where it was inventoried.  During the course of the inventory, MSP located one Palmetto State Armory PA-15 firearm bearing serial number: SCD422785.  The inventory immediately stopped as a search and seizure warrant was authored and the vehicle was transported to the MSP Hagerstown Barrack, 18345 Col Henry K Douglas Drive, Hagerstown, Maryland.

10. A state Search and Seizure Warrant was signed by the Honorable Brett Wilson of Washington County Circuit Court in the early hours of March 25, 2022 for JACKSON's vehicle. The warrant was executed and the following items of evidence were recovered:

    a. One Palmetto State Armory PA-15 Firearm (S/N: SCD422785)

    b. One magazine containing 24 rounds of 5.56 ammunition

    c. Two glass jars of suspected marijuana (6.6 grams)

    d. One glass smoking device containing burnt residue of suspected marijuana

    e. One vape pen containing THC cartridge

11. During the search, MSP located the registration card for the vehicle confirming the registered owner to be JACKSON. They also observed several pieces of mail that were addressed to JACKSON located inside the vehicle. MSP additionally noted a make-shift mattress and blankets, showing that JACKSON had been sleeping in the vehicle.

12. A query of JACKSON's criminal history yielded that he was under complaint as of December 8, 2020 in the Superior Court of Arizona, Maricopa County. The complaint included three felonies and one misdemeanor: Conspiracy to Commit Misconduct Involving Weapons (Class 4 Felony), Resisting Arrest (Class 1 Misdemeanor), Hindering Prosecution in the First Degree (Class 5 Felony), and Misconduct Involving Weapons (Class 4 Felony) for actions on or about December 4, 2020.

13. JACKSON was then indicted on January 28, 2021 in the Superior Court of Arizona, Maricopa County. The indictment included two felonies and one misdemeanor: Hindering Prosecution in the First Degree (Class 5 Felony), Misconduct Involving Weapons (Class 4 Felony), and Resisting Arrest (Class 1 Misdemeanor) for actions on or about December

4, 2020.  The felony offenses carry the possibility of terms of incarceration in excess of one year; the charges remain open and pending.

14.     A trace of the Smith and Wesson M&P Shield 9mm pistol found that it had been purchased by JACKSON from Arizona Firearms & Accessories, a business owned by a Federal Firearms Licensee (FFL) located at 1315 West University, Tempe, Arizona, utilizing his Arizona driver's license.  JACKSON first filled out the 4473 paperwork on January 11, 2021, recertified it on January 16, 2021 and was transferred the pistol on the same date.

15.     A trace of the Palmetto State Armory PA-15 Firearm found that it had been purchased by and transferred to Rebecca Anne Tremble on December 4, 2021 by employees at Range 517, a business owned by a FFL located at 6135 West Saginaw Highway, Lansing, Michigan.

16.     In summation, JACKSON was under active complaint as of December 8, 2020 for felony offenses that carry the possibility of terms of incarceration in excess of one year when he filled out the 4473 on January 11, 2021 and recertified it on January 16, 2021, to obtain the Smith & Wesson M&P Shield 9mm pistol that was later found on his person during his arrest in Maryland March 24, 2022.  JACKSON was under active indictment as of January 28, 2021 for felony offenses that carry the possibility of terms of incarceration in excess of one year when the Palmetto State Armory PA-15 Firearm was purchased by Tremble in Michigan on December 4, 2021, and later recovered in JACKSON's vehicle in Maryland on March 25, 2022.

Conclusion:

17.     Based on the facts set forth above, your respectfully submits that there is probable cause to believe that Brandon JACKSON, a person under indictment for crimes punishable by

imprisonment for a term exceeding one year, transported in interstate commerce, a firearm, in violation of 18 U.S.C. § 922(n).

*Jessica M. Woodin*
Jessica M. Woodin, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this 28th day of March 2022.

Honorable Beth P. Gesner
Chief United States Magistrate